IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTA ANN IWANIW,<br><br>  Plaintiff,<br><br>v.<br><br>EARLY WARNING SERVICES, LLC,<br><br>  Defendant. | CIVIL ACTION NO. 20-5266 |

### ORDER

**AND NOW,** this 28th day of July 2021, upon consideration of Defendant's Motion to Dismiss [Doc. No. 9], and the response and reply thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED** and the Complaint is **DISMISSED without prejudice** for lack of subject matter jurisdiction. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**